■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN DECENA, Appellant. [60 NYS3d 678]—An appeal having been taken to this Court by the above-named appellant from a

judgment of the Supreme Court, New York County (Charles Solomon, J.), rendered December 10, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Mazzarelli, Andrias, Oing and Singh, JJ.